**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16–70250–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Shawn R. Nevling                    Alicia R. Nevling
   518 Filbert Street                   518 Filbert Street
   Curwensville, PA 16833        Curwensville, PA 16833

Social Security No.:
   xxx–xx–9431                         xxx–xx–5436

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| John R. Lhota | James R. Walsh |
| John R. Lhota | Spence, Custer,Saylor,Wolfe & Rose |
| 110 North Second Street | P.O. Box 280 |
| Clearfield, PA 16830 | Johnstown, PA 15907 |
| Telephone number: 814–765–9611 | Telephone number: 814–536–0735 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 7, 2016
10:00 AM
Jury Assembly Room, Basement, Blair County Courthouse, 423 Allegheny Street, Hollidaysburg, PA 16648

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/18/16                                                          BY THE COURT

                                                                     Jeffery A. Deller
                                                                       Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-70250-JAD
Shawn R. Nevling                                                Chapter 7
Alicia R. Nevling
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz              Page 1 of 2              Date Rcvd: Jul 18, 2016
                              Form ID: rsc            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db/jdb         +Shawn R. Nevling,    Alicia R. Nevling,    518 Filbert Street,    Curwensville, PA 16833-1205
14208954       +Atlantic Broadband,    313-1/2 E Cherry Street,    Clearfield, PA 16830-2318
14208955        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14208956       +Best Buy,   PO Box 790443,    Saint Louis, MO 63179-0443
14208958       +CBE Group, Inc.,    131 Tower Park, Suite 100,    P.O. Box 2547,    Waterloo, IA 50704-2547
14208957        Capital One,    ATTN: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14208959       +Citicards CBNA,    ATTN: Bankruptcy Dept.,    701 E 60th Street N,    Sioux Falls, SD 57104-0432
14208960        Clerafield Stoneworker FCU,    North 2nd Street,    Clearfield, PA 16830
14208961       +Commonwealth of PA,    Office of UC Benefits,    Claimant Services,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14208963        Credit Protection,    PO Box 802068,    Dallas, TX 75380-2068
14208964      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court:   DIRECT TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626)
14208967        First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14208968        First Premier,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
14208969       +Focus Receivable Mgmt.,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
14208970      #+Keystone Credit Collections, Inc.,    PO Box 686,    Lock Haven, PA 17745-0686
14208973       +Nationstar Mortgage LLC,    ATTN: Payments,    PO Box 619094,    Dallas, TX 75261-9094
14208974       +Nittany Oil Co.,    321 N. Front St.,    Philipsburg, PA 16866-2135
14208975       +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14208976       +PHEAA,   PO BOX 8147,    Harrisburg, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:23:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14208962       +E-mail/Text: creditonebknotifications@resurgent.com Jul 19 2016 01:22:46      Credit One Bank,
                 P. O. Box 98873,    Las Vegas, NV 89193-8873
14208965        E-mail/Text: mrdiscen@discover.com Jul 19 2016 01:22:45      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
14208966        E-mail/Text: bankruptcynotice@fcbanking.com Jul 19 2016 01:22:47      First Commonwealth Bank,
                 ATTN; Mary,    654 Philadelphia Street,    PO Box 400 LL,    Indiana, PA 15701
14208971       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 01:24:08      LVNV Funding, LLC,
                 15 South Main Street,    Suite 500,    Greenville, SC 29601-2769
14208972        E-mail/Text: bkr@cardworks.com Jul 19 2016 01:22:42      Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: amaz              Page 2 of 2              Date Rcvd: Jul 18, 2016
                              Form ID: rsc            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              John R. Lhota    on behalf of Joint Debtor Alicia R. Nevling lrj@atlanticbbn.net,
               tmb@atlanticbbn.net
              John R. Lhota    on behalf of Debtor Shawn R. Nevling lrj@atlanticbbn.net,   tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```