**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shawn R. Nevling** | Social Security number or ITIN  **xxx−xx−9431** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alicia R. Nevling** | Social Security number or ITIN  **xxx−xx−5436** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16−70250−JAD**

# Order of Discharge                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shawn R. Nevling                                Alicia R. Nevling

9/14/16                              **By the court:**   Jeffery A. Deller
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-70250-JAD
Shawn R. Nevling                                                Chapter 7
Alicia R. Nevling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: admin            Page 1 of 2            Date Rcvd: Sep 14, 2016
                              Form ID: 318           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
```
db/jdb        +Shawn R. Nevling,    Alicia R. Nevling,    518 Filbert Street,    Curwensville, PA 16833-1205
14208954      +Atlantic Broadband,    313-1/2 E Cherry Street,    Clearfield, PA 16830-2318
14208956      +Best Buy,    PO Box 790443,    Saint Louis, MO 63179-0443
14208958      +CBE Group, Inc.,    131 Tower Park, Suite 100,    P.O. Box 2547,    Waterloo, IA 50704-2547
14208960       Clerafield Stoneworker FCU,    North 2nd Street,    Clearfield, PA 16830
14208961      +Commonwealth of PA,    Office of UC Benefits,    Claimant Services,    PO Box 67503,
               Harrisburg, PA 17106-7503
14208967       First National Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
14208969      +Focus Receivable Mgmt.,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
14208970     #+Keystone Credit Collections, Inc.,    PO Box 686,    Lock Haven, PA 17745-0686
14208973      +Nationstar Mortgage LLC,    ATTN: Payments,    PO Box 619094,    Dallas, TX 75261-9094
14208974      +Nittany Oil Co.,    321 N. Front St.,    Philipsburg, PA 16866-2135
14208975      +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14208976      +PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJRWALSH.COM Sep 15 2016 01:48:00      James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,
               P.O. Box 280,    Johnstown, PA 15907-0280
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 01:56:33      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14208955       EDI: BANKAMER.COM Sep 15 2016 01:43:00      Bank of America,    PO Box 15019,
               Wilmington, DE 19886-5019
14208957       EDI: CAPITALONE.COM Sep 15 2016 01:48:00      Capital One,    ATTN: Bankruptcy Dept.,
               PO Box 30285,    Salt Lake City, UT 84130-0285
14208959      +EDI: CITICORP.COM Sep 15 2016 01:48:00      Citicards CBNA,    ATTN: Bankruptcy Dept.,
               701 E 60th Street N,    Sioux Falls, SD 57104-0432
14208962      +EDI: RCSFNBMARIN.COM Sep 15 2016 01:48:00      Credit One Bank,    P. O. Box 98873,
               Las Vegas, NV 89193-8873
14208963       EDI: CREDPROT.COM Sep 15 2016 01:43:00      Credit Protection,    PO Box 802068,
               Dallas, TX 75380-2068
14208964       EDI: DIRECTV.COM Sep 15 2016 01:49:00      DIRECT TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
14208965       EDI: DISCOVER.COM Sep 15 2016 01:48:00      Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850
14208966       E-mail/Text: bankruptcynotice@fcbanking.com Sep 15 2016 01:55:52      First Commonwealth Bank,
               ATTN; Mary,    654 Philadelphia Street,    PO Box 400 LL,    Indiana, PA 15701
14208968       EDI: AMINFOFP.COM Sep 15 2016 01:48:00      First Premier,    3820 N Louise Avenue,
               Sioux Falls, SD 57107-0145
14208971      +EDI: RESURGENT.COM Sep 15 2016 01:48:00      LVNV Funding, LLC,    15 South Main Street,
               Suite 500,    Greenville, SC 29601-2769
14208972       EDI: MERRICKBANK.COM Sep 15 2016 01:43:00      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
aty*          +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,    P.O. Box 280,
               Johnstown, PA 15907-0280
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7              User: admin                Page 2 of 2                  Date Rcvd: Sep 14, 2016
                                  Form ID: 318               Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              John R. Lhota    on behalf of Joint Debtor Alicia R. Nevling lrj@atlanticbbn.net,
               tmb@atlanticbbn.net
              John R. Lhota    on behalf of Debtor Shawn R. Nevling lrj@atlanticbbn.net,   tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```